State, Plaintiff in error, vs. Saccari, Defendant in error.

*March 10—April 3, 1928.*

Case ruled by *State v. Roach, ante,* p. 545.

Error to review an order of the county court of Florence county: Frank Waring, Judge. *Order vacated.*

The cause was submitted for the plaintiff in error on the brief of *Arthur M. Sells,* district attorney of Florence county, the *Attorney General,* and *J. E. Messerschmidt,* assistant attorney general, and for the defendant in error on that of *Daniel J. O'Hara* of Iron Mountain.

State v. Mularkey, 195 Wis. 549.

ROSENBERRY, J. The parties to this action have stipulated that the decision in this case abide the result in *State v. Roach,* decided herewith (*ante,* p. 545, 218 N. W. 829).

*By the Court.*—The order of the county court of Florence county is vacated and set aside, and cause remanded with directions to dismiss the proceeding.